UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

TIERNAN RAY,

                Movant,

     -v-

STITCHING PENSIOENFONDS PGB,

                Respondant.

----------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 06/09/2026

26-mc-0278 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Any response to the motion to quash is due June 22, 2026.  A reply is due June 29, 2026.

Movant shall serve this order on all parties.

SO ORDERED.

Dated: June 9, 2026
      New York, New York

_____
          LEWIS J. LIMAN
       United States District Judge